TERMED,TRANSF

# U.S. District Court
# District of Wyoming (Casper)
# CIVIL DOCKET FOR CASE #: 1:19–cv–00155–SWS

Green River WY v Purdue Pharma LP et al  
Assigned to: Honorable Scott W Skavdahl  
Referred to: Honorable Kelly H Rankin  
Demand: $1,000,000  
Cause: 28:1332 Diversity–Product Liability

Date Filed: 07/25/2019  
Date Terminated: 08/28/2019  
Jury Demand: Plaintiff  
Nature of Suit: 470 Racketeer/Corrupt Organization  
Jurisdiction: Diversity

**Plaintiff**

**Green River WY**     represented by     **Rick L Koehmstedt**  
SCHWARTZ BON WALKER & STUDER  
141 South Center Street  
Suite 500  
Casper, WY 82601  
307/235–6681  
Fax: 307/234–5099  
Email: rick@schwartzbon.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Purdue Pharma LP**

**Defendant**

**Purdue Pharma Inc**

**Defendant**

**Purdue Frederick Company Inc**

**Defendant**

**Johnson & Johnson**

**Defendant**

**Janssen Pharmaceuticals Inc**

**Defendant**

**Ortho–McNeil–Janssen Pharmaceuticals Inc**  
*now known as*  
Janssen Pharmaceuticals Inc

**Defendant**

**Janssen Pharmaceutica Inc**
*now known as*
Janssen Pharmaceuticals Inc

**Defendant**

**Teva Pharmaceuticals USA Inc**

**Defendant**

**Cephalon Inc**

**Defendant**

**Endo Health Solution Inc**

**Defendant**

**Endo Pharmaceuticals Inc**

**Defendant**

**Allergan PLC**
*formerly known as*
Actavis PLC

**Defendant**

**Watson Pharmaceuticals Inc**
*now known as*
Actavis Inc

**Defendant**

**Watson Laboratories Inc**

**Defendant**

**Actavis LLC**

**Defendant**

**Actavis Pharma Inc**
*formerly known as*
Watson Pharma Inc

**Defendant**

**Insys Therapeutics Inc**

**Defendant**

**Mallinckrodt PLC**

**Defendant**

**Mallinckrodt LLC**

**Defendant**

**McKesson Corporation**

**Defendant**

**Cardinal Health Inc**

**Defendant**

**Amerisourcebergen Drug Corporation**

**Defendant**

**Amneal Pharmaceuticals Inc**

**Defendant**

**West–Ward Pharmaceuticals Corporation**

**Defendant**

**Mylan Pharmaceuticals Inc**

**Defendant**

**Walgreens Boots Alliance Inc**

**Defendant**

**Walmart Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2019 | Ï 1 | COMPLAINT with Jury Demand (Filing fee $400 receipt #CAS0002269.), filed by Green River WY. (Attachments: # 1 Civil Cover Sheet, # 2 Consent) (Court Staff, stbd) (Entered: 07/25/2019) |
| 08/28/2019 | Ï 2 | CONDITIONAL TRANSFER ORDER Transferring Case to MDL (No. 2804) by the Clerk of the Panel, John W. Nicols, on 8/8/2019.(Court Staff, scat) (Entered: 08/28/2019) |